## BEN SHEPPARD *v.* THE STATE.

"THEFT FROM A HOUSE" as a specific offense was abrogated in 1876, by the repeal of Article 764 of the Penal Code, and a conviction for that specific offense which was pending on appeal when it was so abrogated must be set aside; but if, as in the present case, the indictment be good for simple theft, the cause will be remanded for trial on that charge.

APPEAL from the District Court of Houston. Tried below before the Hon. R. S. WALKER.

No brief for the appellant.

*H. H. Boone*, Attorney General, and *W. B. Dunham*, for the State.

WHITE, J. Appellant was indicted, tried, and convicted of "theft from a house," of property of the value of $5, and his punishment affixed at two years' imprisonment in the state penitentiary. Since the appeal in this court was taken, Article 764 of the Penal Code (Pasc. Dig., Art. 2490) was repealed by acts of fifteenth legislature (233), and there is no longer any such specific offense known to our law as theft from a house.

The indictment, however, is good as an indictment for simple theft, and the case will be reversed and remanded in order that the defendant may be tried for this latter offense.

*Reversed and remanded.*